AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Hao Wang and Xufeng Ao<br><br>_Defendant(s)_ | Case No. 1:18-mj-538<br><br>FILED NOV - 9 2018<br>CLERK U.S. DISTRICT COURT<br>ALEXANDRIA, VIRGINIA |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 2018 to present__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Sections 846 | Conspiracy to Distribute Marijuana, a Schedule I Controlled Substance |

This criminal complaint is based on these facts:

See attached affidavit, herein incorporated by reference.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Michael P. Ben'Ary

_Complainant's signature_

John Diffley, TFO
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____

/s/ Michael S. Nachmanoff
_Judge's signature_

City and state: __Alexandria, VA__

Hon. Michael S. Nachmanoff, U.S. Magistrate Judge
_Printed name and title_